IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01410-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:               September 23, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                   *Counsel:*

RIVER NORTH PROPERTIES, LLC,                      Lawrence G. Katz

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, *et al.*,                  Debra R. Knapp
                                                                                           Lori B. Strand

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        10:00 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the pending motions before the court, Defendants' **MOTION to Stay Discovery** and **MOTION to Dismiss**.

Counsel for Defendant presents argument regarding their Motion to Stay and engages in discussion with the court.

Counsel for Plaintiff presents argument and engages in discussion with the court.

Discussion between the court and counsel regarding dismissing Defendant Roach as a party and expectation of when the Motion to Dismiss might be decided.

**ORDERED:**            **City Defendants' Motion to Stay Discovery** [Doc. No. 20, filed 8/14/2013] is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **DENIED** to the extent that the court will allow Plaintiff to serve fifteen (15) Interrogatories, fifteen (15) Requests for Production, and fifteen (15) Requests for Admission on Defendant City and County of Denver. Defendant City and County of Denver may serve the same number of written discovery on Plaintiff. In all other respects regarding a stay of discovery, the Motion is **GRANTED**. The court notes no other deadlines will be set, expert

disclosures shall not be made, and depositions shall not take place.

The court notes it will set further discovery deadlines after the Motion to Dismiss has been decided.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

A Scheduling Order will not be entered at this time.

HEARING CONCLUDED.
**Court in recess:    10:42 a.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.