**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01410-CMA-CBS

RIVER NORTH PROPERTIES, LLC,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, and
MIKE ROACH, in his individual and official capacities,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion to Dismiss Amended Complaint of Judge Christine M. Arguello entered on December 30, 2014 it is

    ORDERED that Defendants' Motion to Dismiss (Docket No. 45) is GRANTED and the case is DISMISSED WITH PREJUDICE, each party to pay its own costs.

    Dated at Denver, Colorado this 30th day of December, 2014.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                By: s/   A. Thomas

                                            Deputy Clerk